IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHNNY PAUL WALKER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

Case No.  5D22-848
LT Case No. 2020-CF-001313-A

_____/

Opinion filed August 12, 2022

3.801 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Johnny Paul Walker, Avon Park, pro
se.

No Appearance for Appellee.

WALLIS, J.

     Appellant appeals the summary denial of his motion for jail credit filed

pursuant to Florida Rule of Criminal Procedure 3.801.  Appellant alleges that

he is entitled to an additional 350 days of jail credit because his bond on a

separate Lake County case was never revoked when he was subsequently arrested in other cases. The trial court determined that the records attached to Appellant's motion did not establish an entitlement to jail credit, even though the sentencing records from the separate Lake County case were not included as attachments to the motion. Because the attached records did not conclusively refute Appellant's claim, the postconviction court erred in its summary denial. We reverse and remand for the trial court to attach records conclusively refuting Appellant's claim of entitlement to additional jail credit, or in the alternative, hold an evidentiary hearing. See Fla. R. Crim. P. 3.801(e); Muscanell v. State, 186 So. 3d 57, 58 (Fla. 5th DCA 2016).

REVERSED and REMANDED with Instructions.

EVANDER and HARRIS, JJ., concur.